In re ALEJANDRO ZUNIGA; MONICA ZUNIGA          Case No._____
         Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under " Description and Location of Property. "

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | CASH IN DEBTORS' POSSESSION | | 30.00 |
| 02 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | CALIFORNIA CREDIT UNION CHECKING ACCOUNT #192071000 | C | 20.00 |
| | | CITIBANK CHECKING ACCOUNT #261 4206015 | C | 20.00 |
| | | BANK OF AMERICA CHECKING ACCOUNT #0941302718 | C | 30.00 |
| 03 Security deposits with public utilities, telephone companies, landlords and others | X | | | |
| 04 Household goods and furnishings, including audio, video, and computer equipment | | HOUSEHOLD GOODS AT DEBTORS' RESIDENCE | C | 1,000.00 |
| 05 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 06 Wearing apparel | | DEBTORS' WARDROBES | C | 450.00 |
| 07 Furs and jewelry | | DEBTORS' PERSONAL JEWELRY | C | 500.00 |
| 08 Firearms and sports, photographic, and other hobby equipment | X | | | |
| 09 Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | CO-DEBTOR'S STATE FARM WHOLE INSURANCE POLICY | s. | 0.00 |
| | | | Page Total: $ | 2,050.00 |

FORM B6B
(12/95)

Page: 1

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA          Case No. _____
         Debtor                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY. WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | DEBTOR'S STATE FARM IRA, ACCOUNT #LF 1934 5401 | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize | | STOCK IN E-VIEW, INC. (CORPORATION DEFUNCT) | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | X | | | |
| 21. Patents, copyrights and other intellectual property. Give particulars | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | CO-DEBTOR'S CALIFORNIA DPSS COMMUNITY CARE LICENSE (FOR DEBTOR'S FAMILY DAY CARE HOME) | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories | | 1977 CHEVEROLET BLAZER | C | 900.00 |
| | | 2003 GMC YUKON (SEE SCHEDULE "D," BALANCE OWED $33,470.00) | C | 30,000.00 |

FORM B6B-Cont
(12/95)

Page Total: $ 30,900.00

Page: 2

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA
Debtor

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY. WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories.(continued) | | 1986 YAMAHA YSR50 "BOY RACER" MOTORCYCLE (1/4 SIZE; NOT FOR STREET USE; NOT RUNNING) | H | 50.00 |
| 24. Boats, motors, and accessories | X | | | |
| 25. Aircraft and accessories | X | | | |
| 26. Office equipment, furnishings, and supplies | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business | | MISCELANEOUS CLIMBING AND RIDING TOYS FOR CHILD CARE | C | 350.00 |
| 28. Inventory | X | | | |
| 29. Animals | X | | | |
| 30. Crop-growing or harvested Give particulars | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed | X | | | |
| 33. Other personal property of any kind not already listed. Itemize | X | | | |
| | | | Page Total: $ | 400.00 |
| | | | Schedule Total: $ | 33,350.00 |

FORM B6B-Cont
(12/95)

Page: 3