In re ALEJANDRO ZUNIGA; MONICA ZUNIGA, Debtor

Case no. _____ (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522 (b)(1)  Exemptions provided in 11 U.S.C. § 522 (d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522 (b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180- period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2932 KELTON AVE. LOS ANGELES, CA 90064 | 704.730(a)(2) | 75,000.00 | 450,000.00 |
| HOUSEHOLD GOODS AT DEBTORS' RESIDENCE | 704.020 | 1,000.00 | 1,000.00 |
| DEBTORS' WARDROBES | 704.020 | 450.00 | 450.00 |
| DEBTORS' PERSONAL JEWELRY | 704.040 | 500.00 | 500.00 |
| 1977 CHEVEROLET BLAZER | 704.010 | 1,900.00 | 900.00 |
| MISCELANEOUS CLIMBING AND RIDING TOYS FOR CHILD CARE | 704.160(a)(2) | 350.00 | 350.00 |

FORM B6C
(12/95)