In re ALEJANDRO ZUNIGA; MONICA ZUNIGA _____, Case No. _____
                 Debtor                                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishme statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an " X " in the column labeled " Codebtor, " in the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husb wife, both of them, or the marital community may be liable on each claim by placing an " H, " " W, " " J, " or " C, " in the column labeled " Husb Wife, Joint or Community. "

If the claim is contingent, place an " X " in the column labeled " Contingent. " If the claim is unliquidated, place an " X " in the col labeled " Unliquidated. " If the claim is disputed, place an " X " in the column labeled " Disputed. " (You may need to place an " X " in more than of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10 30 3715 180606 <br> CHASE AUTO FINANCE <br> BOX 15700 <br> WILMINGTON, DE 19886-5700 | | C | LIEN HOLDER FOR DEBTORS' 2003 GMC YUKON <br><br> VALUE $ 30,000.00 | | | | 33,500.00 | 3,500.00 |
| ACCOUNT NO. 004792505 <br> COUNTRYWIDE HOME LOAN <br> BOX 5170 <br> SIMI VALLEY, CA 93062-5170 | | C | FIRST TRUST DEED ON DEBTORS' RESIDENCE AT 2932 KELTON AVENUE <br><br> VALUE $ 450,000.00 | | | | 283,000.00 | .00 |
| ACCOUNT NO. <br> MOR-EQUITY, INC. <br> BOX 3788 <br> EVANSVILLE, IN 47736-3788 | | C | SECOND TRUST DEED HOLDER FOR DEBTORS' RESIDENCE AT 2932 KELTON <br><br> VALUE $ 450,000.00 | | | | 97,000.00 | .00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

__0__ Continuation sheets attached

                                      Subtotal $  413,500.00
                         Schedule Total $  413,500.00

FORM B6D (12/95)