In re ALEJANDRO ZUNIGA; MONICA ZUNIGA                    Case No. _____
              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority ag the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column lab "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of t three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01200 1050555308 ADT SECURITY SER. BOX 96175 LAS VEGAS, NV 89193 | | H | BALANCE AFTER PROVISION OF SECURITY SERVICES FOR BUSINESS, JAN.2003 | | | | 67.00 |
| ACCOUNT NO. ALL TUNE AND LUBE 8334 VETERANS HWY. MILLERSVILLE, MD 21108 | | H | UNLIQUIDATED PENALTIES UPON ALLEGED BREACH OF FRANCHISE AGREEMENT, JAN. 2003 | X | X | X | 0.00 |
| ACCOUNT NO. ALLZDA ALLDATA 9412 BIG HORN BLVD. ELK GROVE, CA 95758 | | H | BALANCE TO SERVICE PROVIDER FOR BUSINESS, JAN.2003 | | | | 730.00 |
| ACCOUNT NO. 3727 159215 62008 AMERICAN EXPRESS BOX 297812 FT.LAUDERDALE, FL 33329-7812 | | H | CREDIT CARD PURCHASES; NOV.2002 TO JAN.2003 | | | | 151.00 |

_4_ continuation sheets attached

Page Total $                948.00

FORM B6F
(12/95)

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA                .          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13638001 <br> ARAMARK UNIFORM SER. <br> BOX 922139 <br> SYLMAR, CA 91392-2139 | | H | BALANCE AFTER SUPPLY OF UNIFORMS FOR BUSINESS, JAN. 2003 | | | | 164.00 |
| ACCOUNT NO. 5398 4390 0053 9295 <br> AT&T UNIVERSAL CARD <br> BOX 6919 <br> THE LAKES, NV 88901-6919 | | C | CREDIT CARD PURCHASES BETWEEN 1995 AND JAN.2003 | | | | 10,330.00 |
| ACCOUNT NO. <br> CALFED BANK <br> 10680 W.PICO BLVD. <br> LOS ANGELES, CA 90064 | | | DISPUTED BANKING FEE AFTER ACCOUNT CLOSED | X | X | X | 0.00 |
| ACCOUNT NO. 454540544995 <br> CHASE MERCHANT SERVICE <br> BOX 6600 <br> HAGERSTOWN, MD 21740-6600 | | H | MINIMUM BALANCE FEES ASSESSED AT ACCOUNT CLOSING, JAN. 2003 | X | X | X | 0.00 |
| ACCOUNT NO. 5424 1807 5989 4485 <br> CITICARD <br> BOX 6345 <br> THE LAKES, NV 88901-6345 | | C | BALANCE TRANSFER (ATTEMPT TO MAKE DEBT MORE MANAGEABLE) DEC.2002 TO JAN.2003 | | | | 6,500.00 |

Sheet no 1 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Page Total    $    16,994.00

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA                    .          Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 288245<br>COMPLETE PLUS<br>BOX 37<br>LAWNDALE, CA 90260-0037 | H | BALANCE AFTER PURCHASE OF SUPPLIES FOR BUSINESS, JAN. 2003 | | | | 1,539.00 |
| ACCOUNT NO. 425 980 026<br>DANONE WATER<br>BOX 7126<br>PASADENA, CA 91109-7126 | H | BALANCE AFTER SUPPLY OF WATER FOR BUSINESS, JAN. 2003 | | | | 158.00 |
| ACCOUNT NO. 3739 986840 13000<br>DELTA SKY MILES<br>BOX 297814<br>FT.LAUDERDALE, FL 33329 | C | CREDIT PURCHASES BETWEEN 1999 AND JAN.2003 | | | | 1,447.00 |
| ACCOUNT NO.<br>DONNA BYRD<br>C/O SANJO INVESTMENTS<br>4040 DEL REY AVE #1<br>MARINA DEL REY,CA 90292 | H | DAMAGES AFTER ABANDONED LEASE, JAN. 1, 2003 | X | | | 0.00 |
| ACCOUNT NO. 138<br>ENGLER BROS. MOTOR PART<br>2630 PICO BLVD.<br>SANTA MONICA, CA 90405 | H | BALANCE AFTER PURCHASE OF AUTOMOBILE PARTS FOR BUSINESS, JAN. 2003 | | | | 463.00 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Page Total   $   3,607.00

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA ,          Case No. _____
          Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 005 0288049 001<br>FINANCIAL PAC.LEASING<br>3455 S. 344TH WAY #300<br>FEDERAL WAY, WA  98001 | C | | DAMAGES AFTER ABANDONED LEASE OF BUSINESS EQUIPMENT, JAN.2003 | | X | | 0.00 |
| ACCOUNT NO. 06527 0001 391699<br>FIRST INSURANCE FUNDING<br>135 S.LASALLE ST.<br>DEPT. 8075<br>CHICAGO, IL  60674 | | H | BALANCE OF INSURANCE CHARGES OF DEBTOR'S BUSINESS, INCURRED 2002, 2003 | | | | 2,140.00 |
| ACCOUNT NO. 4417 1241 1514 4740<br>FIRST USA<br>BOX 8650<br>WILMINGTON, DE<br>19899-8950 | C | | CREDIT CARD PURCHASES BETWEEN 1998 AND JAN.2003 | | | | 10,471.00 |
| ACCOUNT NO.<br>LEWIS SCHLESINGER, ESQ.<br>12650 RIVERSIDE DR.<br>N.HOLLYWOOD, CA 91607 | | H | ATTORNEY FOR CREDITOR DONNA BYRD, LISTED SEPARATELY (INCLUDED FOR NOTICE PURPOSES) | | | | 0.00 |
| ACCOUNT NO. 117811<br>PAWNEE LEASING<br>BOX 545<br>FT.COLLINS, CO  80522 | C | | DAMAGES AFTER ABANDONED LEASE OF BUSINESS EQUIPMENT, JAN.2003 | | X | | 0.00 |
| | | | | Page Total | $ | | 12,611.00 |

Sheet no. 3 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re ALEJANDRO ZUNIGA; MONICA ZUNIGA _____ ,          Case No. _____

          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAYMOND FALKENSTEIN<br>C/O L.SCHLESINGER, ESQ.<br>12650 RIVERSIDE DR.<br>N.HOLLYWOOD, CA 91607 | | H | DAMAGES AFTER ABANDONED LEASE, JAN. 1, 2003 | X | | | 0.00 |
| ACCOUNT NO.<br>2298<br>SO.CAL. DISPOSAL CO.<br>BOX 25666<br>LOS ANGELES, CA    90025 | | H | CLOSING BILL FROM DEBTOR'S BUSINESS, FOR SERVICES DURING 2003 | | | | 132.00 |
| ACCOUNT NO.<br>01 1790 1285110145 04<br>VERIZON CALIFORNIA<br>BOX 30001<br>INGLEWOOD, CA<br>90313-0001 | | H | BALANCE OF TELEPHONE BILLS FOR BUSINESS, JAN.2003 | | | | 434.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _4_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  | Page Total  $ | 566.00 |
|---|---|---|---|
|  |  | Schedule Total  $ | 34,726.00 |