In re: ALEJANDRO ZUNIGA; MONICA ZUNIGA      Case No. _____
            Debtor                                                                            (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by married debtor in a chapter 12 or 13 case whether not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEBTOR'S MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| MARRIED | NAMES<br>GIOVANNI ZUNIGA<br>NATALIE ZUNIGA | AGE<br>8<br>11 | RELATIONSHIP<br>SON<br>DAUGHTER |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | BUILDING MANAGER | DAY CARE PROVIDER |
| Name of Employer | UTAMA ROYALE PROPERTIES | SELF |
| How long employed | 4 YEARS | 11 YEARS |
| Address of Employer | 10351 WILSHIRE BL<br>LOS ANGELES, CA | DEBTORS' ADDRESS |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,417.00 | $ 2,460.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,417.00 | $ 2,460.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify TOTAL DEDUCTIONS ) | $ 760.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 760.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,657.00 | $ 2,460.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify _____ ) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| (Specify _____ ) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,657.00 | $ 2,460.00 |

TOTAL COMBINED MONTHLY INCOME $ 5117.00 _____      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: ALEJANDRO ZUNIGA                           Case No.:

## SCHEDULE "I" - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
Attachment #1

Business:  ZUNIGA FAMILY DAY CARE
           Monica Zuniga, proprietor

   Co-debtor's day care clients are referred by a variety of sources. All clients are billed individually, co-debtor has no contracts with any organization.