In re ALEJANDRO ZUNIGA; MONICA ZUNIGA                    Case No. _____
                Debtor                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | | Amount |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,650.00 |
| Are real estate taxes included? | Yes X   No ___ | |
| Is property insurance included? | Yes ___   No X | |
| Utilities   Electricity and heating fuel | | $ 35.00 |
|         Water and sewer | | $ 130.00 |
|         Telephone | | $ 50.00 |
|         Other   CELL PHONE | | $ 25.00 |
| Home Maintenance (Repairs and upkeep) | | $ 100.00 |
| Food | | $ 550.00 |
| Clothing | | $ 75.00 |
| Laundry and dry cleaning | | $ 40.00 |
| Medical and dental expenses | | $ 350.00 |
| Transportation (not including car payments) | | $ 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | | $ 60.00 |
|     Life | | $ 35.00 |
|     Health | | $ 0.00 |
|     Auto | | $ 170.00 |
|     Other   SEE ATTACHMENT #2 FOR BREAKDOWN | | $ 45.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   IRS TAXES NOT DEDUCTED | | $ 120.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | | $ 662.00 |
|     Other | | $ 0.00 |
|     Other | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 185.00 |
| Other | | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | **$ 5,507.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 0.00 |
| B. Total projected monthly expenses | $ 0.00 |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each _____ (interval) | $ 0.00 |

FORM B6J
(12/95)

In re: ALEJANDRO ZUNIGA                                        Case No.:

## SCHEDULE "J" - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Attachment #1

Regular expenses from operation of debtor's business:

Business:  ZUNIGA FAMILY DAY CARE
           Monica Zuniga, proprietor

| | |
|---|---:|
| Household supplies | $25 |
| Kitchen supplies | 30 |
| Arts and crafts | 25 |
| Toys and books | 15 |
| Casual labor | 25 |
| Film and developing | 15 |
| Equipment | 30 |
| Birthday parties | 20 |
| TOTAL | $185 |

In re: ALEJANDRO ZUNIGA						Case No.:

## SCHEDULE "J" - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Attachment #2

Breakdown of Debtors' Insurance Payments:

| | |
|---|---:|
| Auto, Yukon | $100. |
| Auto, Blazer | 70. |
| Child's Motorcycle | 7. |
| Home | 60. |
| Earthquake | 38. |
| Life, Natalie | 7. |
| Life, Giovanni | 9. |
| Life, Co-Debtor | 10. |
| Life, Debtor | 9. |
| TOTAL: | $310. |