**UNITED STATES BANKRUPTCY COURT**
Central District of California

TRUSTEES 341(a) MEETING WORKSHEET – CHAPTER 7

| | |
|---|---|
| CASE NUMBER: LA03-28338-VZ | TRUSTEE NAME: Carolyn A. Dye |

```
FILED
OCT - 2 2003
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY              Deputy Clerk
```

03283382

**DEBTOR:** ALEJANDRO ZUNIGA                **341(a) DATE:** 9/11/03
                                             **341(a) TIME:** 10:00 AM
**CO-DEBTOR:** MONICA ZUNIGA

---

**APPEARANCES**

DEBTOR: ALEJANDRO ZUNIGA*            ( )Present (X)Absent ( )2nd Absence ( ) _____
CO-DEBTOR: MONICA ZUNIGA*            ( )Present (X)Absent ( )2nd Absence ( ) _____
DEBTOR'S ATTORNEY: FREDERICK CEELY   ( )Present (X)Absent ( )2nd Absence ( ) _____

**RESULTS OF MEETING**

*Debtors appeared 8/11/03*

DEBTOR:    ALEJANDRO ZUNIGA
    341(a) Meeting for debtor CONCLUDED              (X) YES      ( ) NO
OR  341(a) Meeting for debtor CONTINUED to _____ at _____
                                           Date        Time
    Debtor continued due to non-appearance           ( ) YES      ( ) NO
    Other reason for continuance of debtor: _____

CO-DEBTOR: MONICA ZUNIGA
    341(a) Meeting for co-debtor CONCLUDED           (X) YES      ( ) NO
OR  341(a) Meeting for co-debtor CONTINUED to _____ at _____
                                              Date        Time
    Co-Debtor continued due to non-appearance        ( ) YES      ( ) NO
    Other reason for continuance of co-debtor: _____

**REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341(a) MEETING:**

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( ) **DEBTOR:** ALEJANDRO ZUNIGA                        ( ) with or ( ) without 180-day bar

( ) **CO-DEBTOR:** MONICA ZUNIGA                        ( ) with or ( ) without 180-day bar

    Note: In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

Date: __SEP 1 1 2003__                    Trustee: _[signature]_