Carolyn A. Dye, Trustee
1925 Century Park East
Suite 1150
Los Angeles, CA 90067-2712
Phone: (310) 789-2054



FILED

OCT – 2 2003

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re:

ZUNIGA, ALEJANDRO
ZUNIGA, MONICA

Debtor(s)

Case No: LA03-28338-VZ

03283382

Chapter: 7

REPORT OF TRUSTEE IN CHAPTER 7
NO ASSET CASE

  The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that he/she has neither received any property nor paid any money on account of this estate; that he/she has made diligent inquiry into the whereabouts of property belonging to the estate; that he/she has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, The Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554(c).

  WHEREFORE, the Trustee prays that his/her report be approved, that he/she be discharged from office, and his/her bond exonerated, and for all other applicable orders.

Dated: 9/11/03

_____
Carolyn A. Dye, Trustee

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S) IS
HEREBY CLOSED.

Dated: _____

_____
Jon D. Ceretto, Clerk of Court

31